REEVES & COMPANY, Appellant, v. BLOCK (First National Bank of Waubay, Intervener and), Respondent.

(143 N. W. 370.)

**Appeal—Brief, Failure to File—Abandoned Appeal—Affirmance.**

Appeal was taken by service and filing notice on April 30, 1913; under the rules the time within which plaintiff could file brief expired May 30th following, but none was filed prior to October 8, 1913, and this without extension of time. **Held**, appeal will be regarded as abandoned, and judgment affirmed.

Gates, J., taking no part in this decision.

(Opinion filed October 8, 1913.)

Appeal from Circuit Court, Day County. Hon. FRANK Mc-NULTY, Judge.

Action by Reeves & Company, a corporation, against August Block, and the First National Bank of Waubay, intervener. From a judgment in favor of intervener, plaintiff appeals. Affirmed.

*Howard Babcock,* for Appellant.

*Anderson & Waddell,* for Respondent.

WHITING, P. J. It appears from the files herein that the appeal was taken by the service and filing of the notice thereon on the 30th day of April, 1913, and that the record herein had been settled prior to the taking of such appeal, to-wit, on the 1st day of March, 1913. Under the rules of this court, the time within which the appellant should have served and filed his brief upon appeal expired on the 30th day of May, 1913; and, although there is no stipulation on file extending the time within which appellant may file his brief and no order allowing such an extension has been sought by the appellant, yet the appellant has remained in default in the matter of filing a brief herein from the said 30th day of May, 1913, until this date.

Wherefore, under the ruling heretofore announced by this court, the appeal herein will be treated as abandoned, and the judgment of the trial court be and the same is affirmed.

GATES, J., taking no part in the decision.